# UNITED STATES DISTRICT COURT
for the

|                        |     |                  |
| ---------------------- | --- | ---------------- |
| _____       | )   |                  |
| *Plaintiff*            | )   |                  |
| v.                     | )   | Civil Action No. |
|                        | )   |                  |
|                        | )   |                  |
| _____       |     |                  |
| *Defendant*            |     |                  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on motions for


Date: August 23, 2016                             *CLERK OF COURT*

                                                  _____

                                                  _____
                                                  *(By) Deputy Clerk*